*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Keith Oliver Jackson
  Debtor(s)

Case No: 16–15293–sr
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay Third & Final Installment Payments totaling $150.00 .

will be held before the Honorable Stephen Raslavich ,United States Bankruptcy Court

on: 1/11/17

at: 10:30 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: December 19, 2016

20
Form 175