United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15293-sr
Keith Oliver Jackson                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: jch            Page 1 of 1           Date Rcvd: Dec 19, 2016
                            Form ID: 175         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db              +Keith Oliver Jackson,   3057 Knorr Street,   Philadephia, PA 19149-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
     DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association as Trustee for
      The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
     ERIK B. JENSEN    on behalf of Debtor Keith Oliver Jackson john@erikjensenlaw.com,
      regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
      Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Keith Oliver Jackson
    Debtor(s)

Case No: 16−15293−sr
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay Third & Final
Installment Payments totaling
$150.00 .

will be held before the Honorable Stephen Raslavich ,United States Bankruptcy Court

on: 1/11/17

at: 10:30 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: December 19, 2016

20
Form 175