United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 16-15293-sr
Keith Oliver Jackson                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina        Page 1 of 1        Date Rcvd: Apr 06, 2017
                          Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
db             +Keith Oliver Jackson,   3057 Knorr Street,    Philadephia, PA 19149-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association as Trustee for
           The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          ERIK B. JENSEN    on behalf of Debtor Keith Oliver Jackson john@erikjensenlaw.com,
           regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Keith Oliver Jackson
       Debtor(s)　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 16−15293−sr

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 5, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Stephen Raslavich
                                                Judge ,
                                                United States Bankruptcy Court

                                                                    34
                                                              Form 155