UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Keith Oliver Jackson

13

Bky No. 16-15293

Debtor(s).

### ORDER

**AND NOW,** this        day of                2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000 less $1,500 already paid with a remaining balance of $1,500 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**Dated: April 7, 2017**

_____
Hon. Stephen Raslavich
**U.S. BANKRUPTCY JUDGE**

CC:   **Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102**

Frederick Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
PO Box 4010
Reading, PA 19606

Keith Oliver Jackson
3057 Knorr Street
Philadelphia, PA 19149