UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

KEITH OLIVER JACKSON
                                                : Bankruptcy No. 16-15293SR
        Debtor(s)                               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 30, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
1528 WALNUT STREET
SUITE 1401
PHILADELPHIA PA 19102-

KEITH OLIVER JACKSON
3057 KNORR STREET
PHILADEPHIA,PA.19149