United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15293-jkf
Keith Oliver Jackson                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Dec 01, 2017
                             Form ID: pdf900          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db            +Keith Oliver Jackson,    3057 Knorr Street,    Philadephia, PA 19149-2506
13766551      +4th Avenue Motors,    1010 Bristol Pike,    Bristol PA 19007-3202
13766552      +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13766553      +Laura Ann Jackson,    3057 Knorr Street,    Philadephia, PA 19149-2506
13782926      +Philadelphia gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3Fl
13857329      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, PA 17101-1466
13834802      +U.S. Bank N.A.,   c/o Denise Carlon, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
               Phila., PA 19106-1541
13774489       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 01 2017 07:38:29     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13846391      +E-mail/Text: bankruptcy@phila.gov Dec 01 2017 07:38:29
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13766554      +E-mail/Text: blegal@phfa.org Dec 01 2017 07:38:20     PHFA,    211 N. Front St.,
               Harrisburg, PA 17101-1466
                                                                                          TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13766564*     +4th Avenue Motors,    1010 Bristol Pike,    Bristol PA 19007-3202
13766565*     +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13766566*     +Laura Ann Jackson,    3057 Knorr Street,    Philadephia, PA 19149-2506
13766567*     +PHFA,    211 N. Front St.,    Harrisburg, PA 17101-1466
                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. Bank National Association as Trustee for
           The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          ERIK B. JENSEN    on behalf of Debtor Keith Oliver Jackson akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

KEITH OLIVER JACKSON
                                                : Bankruptcy No. 16-15293SR
            Debtor(s)                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 30, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
1528 WALNUT STREET
SUITE 1401
PHILADELPHIA PA 19102-

KEITH OLIVER JACKSON
3057 KNORR STREET
PHILADEPHIA,PA.19149