UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :
    KEITH OLIVER JACKSON       : Bankruptcy No. 16-15293JKF
                                            :
        Debtor(s)       : Chapter 13

ORDER

AND NOW, it is ORDERED that the November 30, 2017 Order dismissing the case is hereby VACATED.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Dated: December 21, 2017