```
                     United States Bankruptcy Court
                     Eastern District of Pennsylvania

In re:                                                     Case No. 16-15293-jkf
Keith Oliver Jackson                                       Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Dec 21, 2017
                              Form ID: pdf900         Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db            +Keith Oliver Jackson,    3057 Knorr Street,    Philadephia, PA 19149-2506
13766551      +4th Avenue Motors,    1010 Bristol Pike,    Bristol PA 19007-3202
13766552      +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13766553      +Laura Ann Jackson,    3057 Knorr Street,    Philadephia, PA 19149-2506
13782926      +Philadelphia gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3Fl
13857329      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
13834802      +U.S. Bank N.A.,   c/o Denise Carlon, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:44     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:09
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13846391      +E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:45
                CITY OF PHILADELPHIA, LAW DEPARTMENT    TAX UNIT,    BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD.,    5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13766554      +E-mail/Text: blegal@phfa.org Dec 22 2017 01:35:18     PHFA,    211 N. Front St.,
                Harrisburg, PA 17101-1466
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13766564*     +4th Avenue Motors,    1010 Bristol Pike,    Bristol PA 19007-3202
13766565*     +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13766566*     +Laura Ann Jackson,    3057 Knorr Street,    Philadephia, PA 19149-2506
13766567*     +PHFA,    211 N. Front St.,    Harrisburg, PA 17101-1466
                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association as Trustee for
               The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Keith Oliver Jackson akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| KEITH OLIVER JACKSON | : Bankruptcy No. 16-15293JKF |
| | : |
| Debtor(s) | : Chapter 13 |

ORDER

AND NOW, it is ORDERED that the November 30, 2017 Order dismissing the case is hereby VACATED.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Dated: December 21, 2017