UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :

KEITH OLIVER JACKSON
                                                                          : Bankruptcy No. 16-15293JKF
            Debtor(s)                                             : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Jean K. FitzSimon, B. J.

**Date: July 11, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST  SUITE 1920
PHILADELPHIA PA 19102-3509

KEITH OLIVER JACKSON
3057 KNORR STREET
PHILADEPHIA,PA.19149